**CARDEN LIVESAY**
— LTD —
ATTORNEYS AT LAW

Joshua W. Carden, SBN 021698
419 East Juanita Avenue, Suite 103
Mesa, AZ 85204
joshua@cardenlivesay.com
(480) 345-9500
(480) 345-6559 (Fax)
*Attorney for Plaintiffs*

**HUSCH BLACKWELL**
ANDREW B. KLEINER, SB #034479
Andy.Kleiner@huschblackwell.com
2415 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4288
Telephone: 480.824.7885
Facsimile: 480.824.7905
*Attorneys for Defendant WinCo Holdings, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jaimie C. Hanks and Amin Hormozi, <br><br> Plaintiffs, <br><br> v. <br><br> WinCo Holdings, Inc., <br><br> Defendant. | Case No. 2:22-cv-01973-SMB <br><br> **JOINT NOTICE OF SETTLEMENT** |

Plaintiff Jaimie C. Hanks, Plaintiff Amin Hormozi and Defendant WinCo Holdings, Inc. ("Parties"), by and through undersigned counsel, hereby give notice that the parties have resolved this matter. The parties anticipate that the parties will file a stipulation and order for dismissal of this case with prejudice within the next 30 days.

\

\

\



1     Respectfully submitted this 18th day of April, 2024.

2

3     HUSCH BLACKWELL                  CARDEN LIVESAY, LTD.

4

5     By: s/ Andrew B. Kleiner (*w/permission*)     By: s/Joshua W. Carden
        Andrew B. Kleiner                            Joshua W. Carden

6     *Attorney for Defendants*               *Attorney for Plaintiffs*

7

8

9     I certify that the content of this document
       is acceptable to all persons required to sign

10    the document and that authorization to
       electronically sign this document has

11    been obtained.

12    By: s/Joshua W. Carden

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

