**CARDEN LIVESAY**
—— LTD ——
ATTORNEYS AT LAW

Joshua W. Carden, SBN 021698
419 East Juanita Avenue, Suite 103
Mesa, AZ 85204
joshua@cardenlivesay.com
(480) 345-9500
(480) 345-6559 (Fax)
*Attorney for Plaintiffs*

**HUSCH BLACKWELL**
ANDREW B. KLEINER, SB #034479
Andy.Kleiner@huschblackwell.com
2415 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4288
Telephone: 480.824.7885
Facsimile: 480.824.7905
*Attorneys for Defendant WinCo Holdings, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jaimie C. Hanks and Amin Hormozi,<br><br>                    Plaintiffs,<br><br>v.<br><br>WinCo Holdings, Inc.,<br><br>                    Defendant. | Case No. 2:22-cv-01973-SMB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

It is hereby stipulated by and between the parties through undersigned counsel that the above-captioned action be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

\
\
\
\


Respectfully submitted this 8th day of May, 2024.

| Husch Blackwell | Carden Livesay, Ltd. |
|---|---|
| By: s/ Andrew B. Kleiner (*w/permission*) <br> Andrew B. Kleiner <br> *Attorney for Defendant* | By: s/Joshua W. Carden <br> Joshua W. Carden <br> *Attorney for Plaintiffs* |

I certify that the content of this document is acceptable to all persons required to sign the document and that authorization to electronically sign this document has been obtained.

By: s/Joshua W. Carden

